# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ADAMS,<br><br>  Plaintiff,<br><br> v.<br><br>COMMUNITY HOUSING PARTNERSHIP,<br><br>  Defendant. | Case No. 23-cv-06073-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 72 |

The parties in this case have reached a settlement yesterday, which is on the record in open court. Dkt. No. 72.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED, **except for the Case Management Conference scheduled for April 30, 2025**, which remains on the court's calendar. The parties shall file a Joint Statement on or before April 23, 2025, advising the court on the status of the implementation of the settlement's terms and whether it is necessary to hold the Case Management Conference.

It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: February 20, 2025



WILLIAM H. ORRICK
United States District Judge